December 07, 2007

Mr. Gerald J. Smith
The Law Office of Gerald J. Smith
809 West O'Hara Road
Anthony, NM 88021

Mr. David L. Brenner
Burns Anderson Jury & Brenner, L.L.P.
P. O. Box 26300
Austin, TX 78755-6300
Mr. Marc S. Tabolsky
Yetter & Warden, L.L.P.
221 West 6th Street, Suite 750
Austin, TX 78701

Mr. David P. Boyce
Wright & Greenhill
221 West 6th Street, Suite 1800
Austin, TX 78701

RE: Case Number: 05-0754
 Court of Appeals Number: 08-04-00135-CV
 Trial Court Number: 2003-4499

Style: MARGARITA MORALES, et al.
 v.
 LIBERTY MUTUAL INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosures
|cc:|Ms. Denise Pacheco |
| |Mr. Waldo Alarcon |
| |Mr. R. Scott Placek |
| |Ms. Jane Lipscomb |
| |Stone |